JS-6

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JEAN M. TURK, CSBN 131517
5  Special Assistant United States Attorney
6         333 Market Street, Suite 1500
          San Francisco, CA  94105
7         Telephone:  (415) 977-8976
8         Facsimile:  (415) 744-0134
          E-Mail:jean.turk@ssa.gov
9
10 Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KAREN JOHNSON, | No. CV 08-0453 OP |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///

-1-

1
2     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
3 above-captioned action is remanded to the Commissioner of Social
4 Security for further proceedings consistent with the Stipulation for Remand.
5
6     DATED: September 5, 2008
7
8
                                     /S/ OSWALD PARADA
9                                      HON. OSWALD PARADA
10                                    UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17 Presented by:

18 THOMAS P. O'BRIEN
United States Attorney
19 LEON W. WEIDMAN
20 Assistant United States Attorney
Chief, Civil Division
21
22   */s/ - JEAN M. TURK*
JEAN M. TURK
23 Special Assistant United States Attorney
24
25 Attorneys for Defendant
26
27
28

-2-